**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Ann Hannan, et al., | No. CV 04-2607 PHX-DGC |
| Plaintiffs, | |
| vs. | **ORDER** |
| Cabrera & Associates, P.C., a Delaware corporation, | |
| Defendant, | |

Plaintiffs have filed a motion for entry of default judgment. Doc. #18. Plaintiffs ask the Court to award $15,000 in damages for the mental suffering of Plaintiff Jennifer Ann Hannan, $2,500 in damages for loss of consortium to Plaintiff Michael Hannan, and statutory damages of $1,000. Plaintiffs have failed, however, to provide any evidence to support their request for non-statutory damages. Plaintiffs' motion attaches no affidavits and cites no evidence. Although the motion purports to quote from Plaintiff Jennifer Hannan, no citation for the statement is given. The motion cites to paragraph 15 of Plaintiffs' complaint, but the complaint is not verified.

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the Court will require Plaintiffs to submit evidence of the *fact and amount* of their damages before such damages will be awarded. Plaintiffs shall have until **August 4, 2006** to provide the Court with competent evidence of the *fact and amount* of their damages. If such evidence is not provided, the Court will deny Plaintiffs' request for non-statutory damages.

1  DATED this 19th day of July, 2006.

*David G. Campbell*
United States District Judge

- 2 -